Miller, Appellant, *v.* Pennsylvania Railroad
Company.

Argued November 12, 1948. Before MAXEY, C. J.,
DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Joseph S. Lord, 3rd,* with him *B. Nathaniel Richter* and *Richter, Lord & Farage,* for appellant.

*Owen B. Rhoads,* with him *J. Peter Williams* and *Philip Price,* for appellee.

PER CURIAM, January 3, 1949:
The order of the court below is affirmed on the opinion of Judge FLOOD.